IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RAY EARL ROBERTS,
   *Plaintiff,*

vs.             C.A. NO. 2:19-cv-02415-JAR-ADM

WAL-MART, INC.,
   *Defendant.*

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

  COME NOW, Plaintiff Ray Earl Roberts, by and through his attorneys of record, Tony L. Atterbury and William L. Barr, Jr. of Brad Pistotnik Law, P.A.; and Defendant Walmart, Inc. by and through its attorneys of record, Mitchell L. Herren and Sean D. Walsh of Hinkle Law Firm LLC and pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) all of the parties file this *Joint Stipulation of Dismissal with Prejudice*, notifying the Court that Plaintiffs and Defendant hereby stipulate to the dismissal of the above-captioned case with prejudice with each party to bear its own costs and attorneys' fees.

  Submitted this the 5th day of March, 2020.

PREPARED AND APPROVED BY:

By: /s/ Sean D. Walsh
Mitchell L. Herren, Bar Number 20507
E-mail:       mherren@hinklaw.com
Sean D. Walsh, Bar Number 25052
E-mail:       swalsh@hinklaw.com
HINKLE LAW FIRM LLC
1617 North Waterfront Parkway, Suite 400
Wichita, Kansas 67206-6639
Telephone:   316-267-2000
Facsimile:   316-630-8466
*Attorneys for Defendant*

APPROVED BY:

By: /s/ William L. Barr, Jr.
William L. Barr, Jr., Bar Number 26775
E-mail:       bill@bradpistotniklaw.com
Tony L. Atterbury, Bar Number 20314
E-mail:tony@bradpistotniklaw.com
Brad Pistotnik Law, P.A.
10111 East 21st Street, Suite 204
Wichita, Kansas 67206
Telephone:   316-684-4400
Facsimile:   316-684-4405
*Attorneys for Plaintiff*